### LEDFORD *v.* ALLEN.

GILBERT, J. We can not say that a verdict for the defendant was demanded by the evidence in this case; and it being the first grant of a new trial, the discretion of the trial judge in granting a new trial will not be controlled. *Judgment affirmed. All the Justices concur.* JANUARY 11, 1917.

Complaint for land. Before Judge Patterson. Gilmer superior court. December 21, 1915.

*Fred Morris* and *A. N. Edwards,* for plaintiff in error.
*Thomas A. Brown,* contra.